Case 1:05-cv-01618-JDB    Document 2-2    Filed 08/12/2005    Page 1 of 5    Page 1 of 2



## Inmate Inquiry

| | | | |
|---|---|---|---|
| Inmate Reg #: | 01783000 | Current Institution: | Butner FMC |
| Inmate Name: | HAIRSTON, DONALD D | Housing Unit: | CADRE ONE |
| Report Date: | 06/27/2005 | Living Quarters: | W02-118L |
| Report Time: | 08:55:79 AM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

### General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 2904 |
| FRP Participation Status: | Participating |
| Arrived From: | BUF |
| Transferred To: | |
| Account Creation Date: | 5/19/2004 |
| Local Account Activation Date: | 9/11/2004 4:16:53 AM |
| Sort Codes: | |
| Last Account Update: | 6/21/2005 5:45:41 PM |
| Account Status: | Active |
| ITS Balance: | $5.25 |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|
| Quarterly | $25.00 | 0% |

*Martin*
*Counselor*
*6/27/05*

### Account Balances

| | |
|---|---|
| Account Balance: | $530.71 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $530.71 |
| National 6 Months Deposits: | $1,092.02 |
| National 6 Months Withdrawals: | $579.25 |
| National 6 Months Avg Daily Balance: | $166.23 |
| Local Max. Balance - Prev. 30 Days: | $580.96 |
| Average Balance - Prev. 30 Days: | $304.17 |

05 1618

**FILED**

AUG 1 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

http://140.1.60.16/umr/InmateInquiryCombined.aspx    6/27/2005

## Commissary History

### Purchases

Validation Period Purchases: $95.75
YTD Purchases: $610.98
Last Sales Date: 6/21/2005 2:02:50 PM

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Spending Limit: $290.00
Expended Spending Limit: $95.75
Remaining Spending Limit: $194.25

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

### Item Restrictions

| List Name | List Type | Start Date | End Date | Userid | Active |
|---|---|---|---|---|---|

## Comments

Comments:

## Inmate Statement

| | | |
|---|---|---|
| Inmate Reg #: | 01783000 | Current Institution: Butner FMC |
| Inmate Name: | HOUSTON, DONALD | Housing Unit: CADRE ONE |
| Report Date: | 06/27/2005 | Living Quarters: W02-118L |
| Report Time: | 10:56 AM | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| BUH | 6/21/2005 5:45:41 PM | ITS0621 | | | ITS Withdrawal | ($6.00) | | $530.71 |
| BUH | 6/21/2005 2:02:50 PM | 43 | | | Sales | ($34.25) | | $536.71 |
| BUH | 6/17/2005 7:43:44 PM | ITS0617 | | | ITS Withdrawal | ($10.00) | | $570.96 |
| BUH | 6/16/2005 6:06:27 PM | 33318305 | | | Western Union | $500.00 | | $580.96 |
| BUH | 6/13/2005 1:34:47 PM | 23 | | | Sales | ($61.50) | | $80.96 |
| BUH | 6/10/2005 4:42:17 PM | ITS0610 | | | ITS Withdrawal | ($2.00) | | $142.46 |
| BUH | 6/7/2005 5:22:46 PM | ITS0607 | | | ITS Withdrawal | ($2.00) | | $144.46 |
| BUH | 6/6/2005 2:17:23 PM | 27 | | | Sales | ($23.80) | | $146.46 |
| BUH | 6/6/2005 10:01:03 AM | IS2156 | | | FRP Quarterly Pymt | ($25.00) | | $170.26 |
| BUH | 6/6/2005 8:13:38 AM | 5JV0114 | | | Payroll - IPP | $5.04 | | $195.26 |
| BUH | 5/29/2005 12:25:05 PM | ITS0529 | | | ITS Withdrawal | ($6.00) | | $190.22 |
| BUH | 5/17/2005 2:31:15 PM | 30 | | | Sales | ($44.20) | | $196.22 |
| BUH | 5/7/2005 2:33:59 PM | ITS0507 | | | ITS Withdrawal | ($9.00) | | $240.42 |
| BUH | 5/6/2005 12:29:07 PM | 5JV0106 | | | Payroll - IPP | $18.72 | | $249.42 |
| BUH | 5/3/2005 6:55:19 PM | ITS0503 | | | ITS Withdrawal | ($4.00) | | $230.70 |
| BUH | 5/2/2005 2:45:30 PM | 39 | | | Sales | ($26.28) | | $234.70 |
| BUH | 4/23/2005 2:36:01 PM | ITS0423 | | | ITS Withdrawal | ($9.00) | | $260.98 |
| BUH | 4/20/2005 2:29:56 PM | 32 | | | Sales | ($20.99) | | $269.98 |
| BUH | 4/11/2005 5:46:39 PM | ITS0411 | | | ITS Withdrawal | ($7.00) | | $290.97 |
| BUH | 4/11/2005 2:32:42 PM | 38 | | | Sales | ($21.10) | | $297.97 |
| BUH | 4/8/2005 8:50:25 AM | 5JV0090 | | | Payroll - IPP | $15.12 | | $316.37 |
| BUH | 4/8/2005 8:50:25 AM | 5JV0090 | | | Payroll - IPP | $2.70 | | $319.07 |
| BUH | 3/21/2005 1:55:14 PM | 16 | | | Sales | ($69.50) | | $301.25 |
| BUH | 3/15/2005 2:26:32 PM | 30 | | | Sales | ($105.21) | | $370.75 |
| BUH | 3/14/2005 5:35:20 PM | ITS0314 | | | ITS Withdrawal | ($25.00) | | $475.96 |
| BUH | 3/14/2005 3:07:00 PM | 33311505 | | | Western Union | $500.00 | | $500.96 |
| BUH | 3/11/2005 7:24:05 PM | ITS0311 | | | ITS Withdrawal | ($2.00) | | $0.96 |
| BUH | 3/10/2005 5:15:16 PM | ITS0310 | | | ITS Withdrawal | ($3.00) | | $2.96 |
| BUH | 3/9/2005 8:35:10 PM | ITS0309 | | | ITS Withdrawal | ($3.00) | | $5.96 |
| BUH | 3/4/2005 9:30:06 AM | IS2113 | | | FRP Quarterly Pymt | $0.00 | | $8.96 |
| BUH | 3/4/2005 9:18:14 AM | 5JV0075 | | | Payroll - IPP | $8.40 | | $8.96 |
| BUH | 2/20/2005 7:53:06 PM | ITS0220 | | | ITS Withdrawal | ($2.00) | | $0.56 |
| BUH | 2/12/2005 5:46:21 PM | ITS0212 | | | ITS Withdrawal | ($2.00) | | $2.56 |

| | | | | | | |
|---|---|---|---|---|---|---|
| BUH | 2/10/2005 8:28:11 PM | ITS0210 | | ITS Withdrawal | ($4.00) | $4.56 |
| BUH | 2/9/2005 12:51:06 PM | 5 | | Sales | ($4.44) | $8.56 |
| BUH | 2/4/2005 7:52:41 AM | 5JV0059 | | Payroll - IPP | $7.92 | $13.00 |
| BUH | 2/3/2005 1:06:43 PM | 18 | | Sales | ($20.09) | $5.08 |
| BUH | 2/2/2005 8:22:57 AM | 70125501 | | Lockbox - CD | $25.00 | $25.17 |
| BUH | 1/23/2005 7:41:47 PM | ITS0123 | | ITS Withdrawal | ($2.00) | $0.17 |
| BUH | 1/22/2005 8:29:46 AM | ITS0122 | | ITS Withdrawal | ($2.00) | $2.17 |
| BUH | 1/20/2005 11:47:50 AM | 5 | | Sales | ($11.34) | $4.17 |
| BUH | 1/10/2005 6:15:24 PM | 89 | | Sales | ($8.55) | $15.51 |
| BUH | 1/9/2005 6:56:02 PM | ITS0109 | | ITS Withdrawal | ($3.00) | $24.06 |
| BUH | 1/7/2005 10:08:26 AM | 5JV0040 | | Payroll - IPP | $9.12 | $27.06 |
| BUH | 12/10/2004 8:56:55 AM | IS2063 | | FRP Quarterly Pymt | $0.00 | $17.94 |
| BUH | 12/10/2004 8:48:06 AM | 5JV0019 | | Payroll - IPP | $17.00 | $17.94 |
| BUH | 12/9/2004 12:41:57 PM | 24 | | Sales | ($9.38) | $0.94 |
| BUH | 12/2/2004 2:38:55 PM | 26 | | Sales | ($11.50) | $10.32 |
| BUH | 11/24/2004 3:20:47 AM | TX112404 | | Transfer - In from TRUFACS | $21.82 | $21.82 |
| BUH | 11/22/2004 3:26:34 AM | TX112204 | | Transfer - Out to TRUFACS | ($21.82) | $0.00 |

1 2

**Total Transactions: 68**

**Totals:** $447.24   $0.00

---

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| BUH | $530.71 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $530.71 |
| **Totals:** | **$530.71** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$530.71** |

# Inmate Statement

| Inmate Reg #: | [illegible] | Current Institution: | Butner FMC |
| Inmate Name: | [JOHNSTON DONALD] | Housing Unit: | CADRE ONE |
| Report Date: | 6/27/2005 | Living Quarters: | W02-118L |
| Report Time: | [illegible] AM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| BUH | 11/21/2004 5:12:22 AM | 70120505 | | | Lockbox - CD | $20.00 | | $21.82 |
| BUH | 11/15/2004 3:33:07 PM | 63 | | | Sales | ($9.25) | | $1.82 |
| BUH | 11/8/2004 2:48:28 PM | 33 | | | Sales | ($15.35) | | $11.07 |
| BUH | 11/7/2004 6:46:54 PM | ITS1107 | | | ITS Withdrawal | ($3.00) | | $26.42 |
| BUH | 11/6/2004 9:50:40 PM | ITS1106 | | | ITS Withdrawal | ($2.00) | | $29.42 |
| BUH | 11/5/2004 8:04:38 AM | 5JV0002 | | | Payroll - IPP | $22.44 | | $31.42 |
| BUH | 11/1/2004 2:06:36 PM | 35 | | | Sales | ($16.30) | | $8.98 |
| BUH | 10/29/2004 8:26:58 PM | ITS1029 | | | ITS Withdrawal | ($5.00) | | $25.28 |
| BUH | 10/25/2004 2:21:59 PM | 38 | | | Sales | ($25.05) | | $30.28 |
| BUH | 10/21/2004 1:31:13 PM | 623 | | 132496 | Local Collections | $50.00 | | $55.33 |
| BUH | 10/18/2004 2:23:59 PM | 36 | | | Sales | ($15.25) | | $5.33 |
| BUH | 10/14/2004 10:47:49 PM | ITS1014 | | | ITS Withdrawal | ($4.00) | | $20.58 |
| BUH | 10/12/2004 1:11:26 PM | 22 | | | Sales | ($36.30) | | $24.58 |
| BUH | 10/8/2004 4:42:16 PM | ITS1008 | | | ITS Withdrawal | ($7.00) | | $60.88 |
| BUH | 10/8/2004 12:48:14 PM | 4JV0209 | | | Payroll - IPP | $3.36 | | $67.88 |
| BUH | 10/8/2004 9:17:11 AM | TX100804 | | | Transfer - In from TRUFACS | $5.40 | | $64.52 |
| BUH | 10/4/2004 2:32:37 PM | 35 | | | Sales | ($21.35) | | $59.12 |
| BUH | 10/3/2004 9:38:58 AM | ITS1003 | | | ITS Withdrawal | ($3.00) | | $80.47 |

12

Total Transactions: 68

Totals:   $447.24   $0.00

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| BUH | $530.71 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $530.71 |
| Totals: | $530.71 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $530.71 |