FILED
AUG 1 2 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DONALD HAIRSTON, JR., )
)
Plaintiff, )
)
v. ) Civil Action No. **05 1618**
)
FEDERAL BUREAU OF )
INVESTIGATION, )
)
Defendant. )

## MEMORANDUM OPINION

This matter comes before the Court upon review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. The application will be granted, but the complaint will be dismissed for the following reasons.

Pursuant to 28 U.S.C. § 1915A(b)(1), the Court may dismiss in screening a complaint that fails to state a claim upon which relief can be granted. Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain (1) a short and plain statement of the grounds upon which the court's jurisdiction depends, (2) a short and plain statement of the claim, and (3) a demand for relief.

Plaintiff's complaint contains no factual averments to support a claim. The complaint merely states "Return Proper[t]y Seized Illegally. Accordingly, the complaint will be dismissed. An appropriate order accompanies this Memorandum Opinion.

*[signature]*
United States District Judge

DATE: 8-8-05