**FILED**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

AUG 1 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |
|---|---|
| DONALD HAIRSTON, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| FEDERAL BUREAU OF | ) |
| INVESTIGATION, | ) |
| | ) |
| Defendant. | ) |

Civil Action No.  05 1618

For the reasons stated in the accompanying Memorandum Opinion, it is by the Court this

8ᵗʰ day of August, 2005

**ORDERED** the application to proceed *in forma pauperis* is **GRANTED**;

and it is

**FURTHER ORDERED** that this case is **DISMISSED without prejudice** for lack of

subject matter jurisdiction.

This is a final appealable order. *See* Rule 4(a), Fed. R. App. P.

_____
United States District Judge

4