UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DONALD HAIRSTON, Jr.,          (
                              (
        Plaintiff,             (
                              ( Civil Action No.
    v.                         (
                              (  05 1618 uᴺᴬ
FEDERAL BUREAU OF INVESTIGATION, (
                              (
        Defendant.            (

## MOTION FOR RETURN OF PROPERTY

NOW COMES, the Plaintiff, Donald Hairston, Jr pro-se with
A Motion for Return of Property. The Plaintiff states to the
Honorable Court that his claim is subsequent to Rule 41 E
of the Federal Rules of Civil Procedure which provide for a
remedy for a person whose property was seized unlawfully. The
government never provided a Notice setting a time for a hearing
nor for the owner of the property to dispute nor argue his fair
claim to the property. In addiiton, the FBI never provided a
clear inventory nor warrant for the seizure of the said property.
All of these grounds are in violation of the law and Civil and
Criminal Forfeiture Statutes.

### STATEMENT OF CLAIM

The petitioner/plaintiff claims under Rule 41E  of the FRCP
the said property must prove this property was gotten by ill-gott
ten gains and if the government seizes this property it is their
responsibility to return it in the condition taken. Enclosed as

NANCY MAYER WHITTINGTON CLERK
U.S. DISTRICT COURT
NOV 0 7 2005
RECEIVED

-1-

labeled exhibit (A)- report of investigation by therATF and
FBI Washington DC Field Office that Hairiston was arrested
via a federal warrant # 503CR2451H issued by the Eastern
District of North Carolina-seizure of items on report number 15
line 6 state the seizure of these items that plaintiff is
seeking returned.  "Cell Phone", $960.00 U.S. Currency,
Sprint Cell phone value $3,500 dollars.

The plaintiff seeks return of the property and currency taken
illegally without notice.

## RELIEF SOUGHT

The petitioner/plaintiff requests the court to order the
FBI to return this property according to the litigation establish-
hed in
hed in "Libertti v. United States, 516 U.S. 29 (1995) That
the FBI should return property.

Furthermore, the FBI through the Department of Justice has in fac
fact conceded that they will return this property Exhibit (B) but
has failed to do so. The plaintiff isiin custody of the Federal
Bureau of Prisons FMC Butner PO Box 1600  Butner, NC 27509.
Donald Hairston, Jr 01783-000 cadre 1. His Case-Manager is Ms.
Tammy Jackson 919-575-3900.

Respectfully Submitted,

*Donald Hairston*

Donald Hairston, Jr
01783-000/cadre 1
Federal Medical Center
PO Box 1600
Butner, NC 27509

## CERTIFICATE OF SERVICE

I, Donald Hairston, Pro-se petitioner in the above referenced
case did mail a copy of the said petition in the institutional legal mail box with first-class postage

case did place a copy of the said petition in the institutional legal mail-box with first class postage affixed. The following copies of the said motion did go to:

Clerk of the  Court
US District Court
Disrict of Columbia
333 Constitution Ave, N..W
Washington, DC 20001

*Donald Hairston Jr.*

Donald Hairston, Jr
01783-000/cadre 1
Federal Medical Center
PO Box 1600
Butner, North Carolina 27509

DEPART    JT OF THE TREASURY
BUREAU OF ALC...OL, TOBACCO AND FIREARMS
**REPORT OF INVESTIGATION**

Page 1 of 2

| | |
|---|---|
| ...RESSED TO:<br>...ecial Agent in Charge<br>...shington Field Division | MONITORED INVESTIGATION INFORMATION:<br>Washington Field Division<br>FY-03<br>Report 015 |

...LE OF INVESTIGATION:
, Michael

| | |
|---|---|
| ...E NUMBER:<br>)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 | REPORT NUMBER:<br>15 |

...'E OF REPORT: *(Check Applicable Boxes)*

| X | REPORT OF INVESTIGATION | | COLLATERAL REPLY |
|---|---|---|---|
| | REPORT OF INTELLIGENCE | | |

| ...MITTED BY *(Name)*<br>...an E. Poorbaugh | SUBMITTED BY *(Title and Office)*<br>Special Agent, Washington II (Ceasefire) Field Office | SUBMITTED BY *(Date)*<br>09/10/2003 |
|---|---|---|
| ...'IEWED BY *(Name)*<br>...k D. Jones | REVIEWED BY *(Title and Office)*<br>Group Supervisor, Washington II (Ceasefire) Field Office | REVIEWED BY *(Date)*<br>9\11\03 |
| ...ROVED BY *(Name)*<br>...rey R. Roehm | APPROVED BY *(Title and Office)*<br>Special Agent in Charge, Washington Field Division | APPROVED BY *(Date)* |

**...SCRIPTION OF ACTIVITY:**

...rest of Donald HAIRSTON, Jr.

**...NOPSIS:**

...September 8, 2003, agents from Washington Group II and FBI Safe Streets ...sk Force arrested HAIRSTON outside of 336 17th Place, NE, Washington, DC, ...rsuant to a federal arrest warrant.

**...RRATIVE:**

1. On August 22, 2003, a federal arrest warrant (warrant number 503CR2451H) was issued by the Eastern Judicial District of North Carolina for HAIRSTON.

2. On September 8, 2003, Special Agent (SA) Susan Poorbaugh and SA Joseph Mokos observed a white Lexus, NC license plate RSX 2346 in front of 336 17th Pl., NE, Washington, DC, which is an address associated with HAIRSTON.

...        ... the North Carolina License System indicated that the vehicle

DEPART    .T OF THE TREASURY
BUREAU OF ALC...OL, TOBACCO AND FIREARMS
**REPORT OF INVESTIGATION**

Page 2 of 2

RESSED TO:
cial Agent in Charge
;hington Field Division

MONITORED INVESTIGATION INFORMATION:
Washington Field Division
FY-03
Report 015

.E OF INVESTIGATION:
Michael

E NUMBER:
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

REPORT NUMBER:
15

is the roommate of HAIRSTON and is a co-conspirator indicted as part of the firearm trafficking case.

4.   SA Eric Flagg, FBI SA Yanta and MPD Det. Horne were notified and all responded to the location.

5.   MPD Officer Henley and Officer Delaney assisted and contacted the residents of 336 17th Pl., NE, Washington, DC and asked them to come outside to the Lexus. At this time HAIRSTON was observed.

6.   At approximately 1235 hours, HAIRSTON was arrested without incident. FBI SA Yanta seized HAIRSTON's cell phone, $960.00 U.S. currency, shoelaces, and Lexus (NC license plate RSX 2346) as evidence. These items are in FBI custody.

7.   MPD Officer Henley and Officer Delaney transported HAIRSTON to the Washington Group II office for processing.

8.   HAIRSTON signed the Waiver of Right to Remain Silent and of Right to Advice of Counsel and was interviewed by SA Poorbaugh, FBI SA Yanta, and MPD Det. Horne. HAIRSTON stated that he is not connected with any firearms from North Carolina and that he has not purchased any firearms in North Carolina.

9.   SA Flagg and SA Mokos transported HAIRSTON to the MPD Central Cell Block.


tachment(s):   MPD P.D. 163 - Arrest/Prosecution Report
               Waiver of Right to Remain Silent and of
                Right to Advice of Counsel form



U.S. Department of Justice

Federal Bureau of Investigation

Washington, D. C. 20535-0001

July 18, 2005


Donald Hairston, Jr.
01783-000 Cadre 1
Federal Medical Center
P.O. Box 1600
Butner, NC 27509

Re: Claim for Return of Property, June 1, 2005

Dear Mr. Hairston:

On June 10, 2005, the Federal Bureau of
Investigation received your purported "Motion for Return of
Property under Rule 41E." In your "motion," you seek return
of property seized from you at the time of your arrest. This
matter has been assigned to this office for determination.

As an initial matter, we note that your purported
"motion" was not filed in federal court and fails to allege
any negligence or wrongdoing by an FBI employee. Thus, we do
not construe your motion as an administrative claim for
damages under the Federal Tort Claims Act (FTCA). To the
extent that your motion does seek damages arising from the
seizure and detention of your property, however, your claim is
denied because it fails to allege a cognizable claim under the
FTCA. The nature of such a claim is specifically excepted
under 28 U.S.C. § 2680(c), which provides, in part, that the
FTCA "shall not apply to...[a]ny claim arising in respect
of...the detention of any goods, merchandise, or other
property by any law enforcement officer."

Nonetheless, we have conducted a review of this
matter and we understand that your property will be returned
to you in accordance with FBI procedures. FBI personnel
should be contacting you shortly to arrange return of your
property.

Sincerely,

Nancy Wiegand/rl

Nancy H. Wiegand
Associate General Counsel

202-324-3000

935 Pennsylvania Avenue, NW
Washington, DC  20535-0001

2