FILED
NOV 2 5 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DONALD HAIRSTON, JR.    )
                        )
         Plaintiff,     )
                        )
v.                      )    Civil Action No. 05-1618
                        )
FEDERAL BUREAU OF INVESTIGATION, )
                        )
         Defendant.     )

## ORDER

Plaintiff, proceeding *pro se*, has submitted the requisite financial information pursuant to 28 U.S.C. § 1915(a). Upon review of the financial information, the Court finds that as of June 27, 2005, Plaintiff had a balance of $ 530.71 in his prison trust account. Because Plaintiff has sufficient funds, he will be required to pay the entire filing fee at this time in accordance with the provisions of 28 U.S.C. § 1915(b)(1)(A) and (B). Therefore, it is this _____ day of November, 2005,

**ORDERED**, that:

1. The Plaintiff is obligated to pay the filing fee payment in the amount of **$250.00** to the Clerk of the United States District Court for the District of Columbia.

2. The authorized institution officer shall deduct from Plaintiff's prison account the payment described above and shall remit the payment to the Clerk of the United States District Court for the District of Columbia.

3. A copy of this Order shall be furnished to Plaintiff's place of incarceration.

4. Plaintiff's application to proceed *in forma pauperis* is granted, except to the extent

that Plaintiff is required to make the payment set forth above.

                                                                                                             /s/ _____
                                                                                                          United States District Judge