UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Donald Hairston, Jr.,                    )
Reg. No. 01783-000                       )
                                         )
            Plaintiff,                   )
                                         )
      v.                                 )      Civil Action No.  05-1618 (JDB)
                                         )
Federal Bureau of Investigation,         )
                                         )
            Defendant.                   )

AMENDED ORDER

Plaintiff, proceeding *pro se*, has submitted the requisite financial information pursuant

to 28 U.S.C. § 1915(a)(1994).  Upon review of the financial information, the Court finds that

plaintiff must be required to pay the entire statutory filing fee of $250.00 for this action and an

initial partial filing fee in accordance with the provisions of 28 U.S.C. § 1915(b)(1)(A) and

(B).  Accordingly, it is this 2nd day of December 2005,

ORDERED that the assessment Order of November 25, 2005 is amended as follows:

1.      The Plaintiff is obligated to pay an initial partial filing fee payment in the

amount of **$36.40** to the Clerk of the United States District Court for the District of Columbia.

2.      The plaintiff is obligated hereafter to pay the United States District Court for

the District of Columbia twenty percent of the preceding month's income credited to his prison

account as continued partial payments on the remaining balance of the $250.00 filing fee.

3.      The authorized correctional institution officer where plaintiff is detained shall

deduct from plaintiff's prison account the initial payment described above.  The remaining

payments described above shall be deducted from plaintiff's prison account and paid to the

Clerk of the United States District Court for the District of Columbia each time the amount in

the account exceeds $10 until the filing fee is paid in full.

4.      A copy of this Order shall be furnished immediately to the institution where

plaintiff is incarcerated.


_____
                        s/
                JOHN D. BATES
            United States District Judge



Paper copy to:

Donald Hairston, Jr.
R01783-000
Butner Federal Medical Center
Cadre 1
P.O. Box 1600
Butner, NC 27509