November 28th, 2005

Clerk of the Court
U.S. District Court
For the District of Columbia
333 Constitution Ave, N.W.
Washington, D.C. 20001

Civil Action no: # 051618-JDB
Plaintiff-Donald Hairston, Jr


Dear Clerk of the Court:

Enclosed please find a request for scheduled partial payment relative to "leave to file without prepayment of costs" from prison account.

I am first requesting $25 quarterly payments due to the Christmas holiday's and secondly enclosed copy of exhibit letter from the Associate Genral Counsel Nancy H. Wiegand who had agreed on behalf of the FBI to return property. There is a problem relative to my filing of this request for return of Property under 41 E when another agency has responded but failed to follow-up?

My request is for the court to acknowledge that payment of filing would include interest on my funds being held by the FBI for this period.

Thank you,

Repecfully,
Donald Hairston Jr.

Donald Hairston, Jr       Pro-se
01783-000 Cadre 1
Federal Medical Center
PO Box 1600
Butner, NC 27509



U.S. Department of Justice

Federal Bureau of Investigation

Washington, D. C. 20535-0001

July 18, 2005

Donald Hairston, Jr.
01783-000 Cadre 1
Federal Medical Center
P.O. Box 1600
Butner, NC 27509

Re: Claim for Return of Property, June 1, 2005

Dear Mr. Hairston:

On June 10, 2005, the Federal Bureau of Investigation received your purported "Motion for Return of Property under Rule 41E." In your "motion," you seek return of property seized from you at the time of your arrest. This matter has been assigned to this office for determination.

As an initial matter, we note that your purported "motion" was not filed in federal court and fails to allege any negligence or wrongdoing by an FBI employee. Thus, we do not construe your motion as an administrative claim for damages under the Federal Tort Claims Act (FTCA). To the extent that your motion does seek damages arising from the seizure and detention of your property, however, your claim is denied because it fails to allege a cognizable claim under the FTCA. The nature of such a claim is specifically excepted under 28 U.S.C. § 2680(c), which provides, in part, that the FTCA "shall not apply to...[a]ny claim arising in respect of...the detention of any goods, merchandise, or other property by any law enforcement officer."



Sincerely,

*[signature: Nancy Wiegand]*

Nancy H. Wiegand
Associate General Counsel

202-324-3000
935 Pennsylvania Avenue, NW
Washington, DC   20535-0001

2