Janaury 17th, 2006

Clerk's Office
For Judge Bates
333 Constitution Ave, N.W.
Washington, DC 20001

Leave to file GRANTED

*John D. Bates*  2/2/06
John D. Bates
United States District Judge

Civil Action
# 051618-JDB
Donald Hairston

Dear Clerk of the Court:

I have filed a Motion for Return of Property seized by the FBI Office in Washington, DC. Prior to this suit General Counsel's Office for Justice FBI had indicated they would return this property but gave no date and has not returned the property.

The petitioner requests that the court review this letter from the general counsel's office.

Repectfully submitted,

*Donald Hairston*

Doanld Hairston
01783-000/cadre 1
Federal Medical Center
PO Box 1600
Butner, North Carolina 27509



U.S. Department of Justice

Federal Bureau of Investigation

Washington, D. C. 20535-0001

July 18, 2005

Donald Hairston, Jr.
01783-000 Cadre 1
Federal Medical Center
P.O. Box 1600
Butner, NC 27509

Re: Claim for Return of Property, June 1, 2005

Dear Mr. Hairston:

On June 10, 2005, the Federal Bureau of Investigation received your purported "Motion for Return of Property under Rule 41E." In your "motion," you seek return of property seized from you at the time of your arrest. This matter has been assigned to this office for determination.

As an initial matter, we note that your purported "motion" was not filed in federal court and fails to allege any negligence or wrongdoing by an FBI employee. Thus, we do not construe your motion as an administrative claim for damages under the Federal Tort Claims Act (FTCA). To the extent that your motion does seek damages arising from the seizure and detention of your property, however, your claim is denied because it fails to allege a cognizable claim under the FTCA. The nature of such a claim is specifically excepted under 28 U.S.C. § 2680(c), which provides, in part, that the FTCA "shall not apply to...[a]ny claim arising in respect of...the detention of any goods, merchandise, or other property by any law enforcement officer."

Nonetheless, we have conducted a review of this matter and we understand that your property will be returned to you in accordance with FBI procedures. FBI personnel should be contacting you shortly to arrange return of your property.

Sincerely,

*Nancy H. Wiegand
Associate General Counsel

202-324-3000
935 Pennsylvania Avenue, NW
Washington, DC  20535-0001

2