UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DONALD HAIRSTON, JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FEDERAL BUREAU OF INVESTIGATION, )<br>)<br>Defendant. )<br>) | Civil Action No. 05-1618 (JDB) |

### DECLARATION OF STANLEY G. PAVLAK, JR.

I, Stanley G. Pavlak, Jr., pursuant to Title 28, United States Code, Section 1746, do declare and state as follows:

(1) I am employed as a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since February 1987. I am currently assigned as a Supervisory Special Agent and Associate Division Counsel at the FBI's Washington Field Office and have been so assigned since November 1994.

(2) Part of my responsibilities as a Supervisory Special Agent and Associate Division Counsel is to provide assistance in defending lawsuits brought against the FBI and its employees who are performing official duties.

(3) I have reviewed the Complaint filed August 12, 2005 by plaintiff Donald Hairston, Jr. I am familiar with the portions of the plaintiff's complaint wherein the plaintiff seeks the return of property seized incident to his arrest.

(4) The FBI sent plaintiff Hairston a letter, dated July 18, 2005, advising that his

property would be returned to him in accordance with FBI policy and that FBI personnel would contact him to arrange for the return of his property.  See Exhibit A.

(5)  In response to correspondence from plaintiff dated February 13, 2006, the FBI sent a certified letter, dated March 13, 2006, to the Federal Bureau of Prisons enclosing a money order in the amount of $960.00.  The $960.00 was the amount of money seized from plaintiff Hairston at the time of his arrest by the FBI.  The letter requested the Federal Bureau of Prisons to post the funds to the account of Donald Hairston, Jr., Inmate Register Number 01783-0000.  See Exhibit B.

(6)  The FBI sent a separate letter to plaintiff Donald Hairston, also dated March 13, 2006, advising that the FBI sent a money order in the amount of $960.00 to the Federal Bureau of Prisons, P.O. Box 47401, Des Moines, Iowa per the instruction in plaintiff Hairston's February 13, 2006 letter to the FBI.  The letter further advised that the FBI was willing to return the remainder of his property and requested that the plaintiff designate a representative by letter to take possession of the property.  See Exhibit B.

(7)  On March 16, 2006, Plaintiff sent a letter to the FBI designating his daughter as the person who was authorized to receive his property.  Exhibit C.

(8)  The FBI sent a letter, dated April 21, 2006, to plaintiff Hairston advising that the FBI made several attempts to contact his daughter, a minor, whom plaintiff designated as his representative to receive his property.  The letter further advised that his daughter's mother did not appear to want to receive his property inasmuch as the daughter and her mother missed a scheduled appointment with the FBI to receive the property.  The letter requested that the plaintiff designate another individual to receive his property.  Exhibit D.

(8)  By letter dated April 28, 2006, plaintiff designated another individual to receive his property. Exhibit E.

(9)  On May 22, 2006, the property was delivered to plaintiff's designee and a receipt for return of property was provided. See Exhibit F. Plaintiff has been notified. Exhibit G.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 24th day of May, 2006.

／s／ Stanley G. Pavlak
STANLEY G. PAVLAK, JR.
Supervisory Special Agent and
  Associate Chief Division Counsel
Federal Bureau of Investigation
Washington Field Office
Washington, D.C.