

U.S. Department of Justice

Federal Bureau of Investigation

In Reply, Please Refer to
File No.

601 4th Street, N.W.

March 13, 2006

Donald Hairston
Federal Bureau of Prisons/cadre 1
Inmate Register No. 01783-000
Medical Center/Butner
Butner, NC 27509

                RE: Donald Hairston
                    Inmate Register No. 01783-000
                    Return of Property seized by the FBI

Dear Mr. Hairston:

      Reference is made to your letter, dated February 13, 2006, to Federal Bureau of Investigation (FBI), Assistant General Counsel Henry Felix requesting that money and other items seized from you and currently being held in evidence by the FBI Washington Field Office be returned to you and your daughter.

      Please be advised that this office has sent a money order in the amount of $960.00 to Federal Bureau of Prisons, P.O. Box 474701, Des Moines Iowa per the instructions in your February 13, 2005 letter. A copy of the letter is enclosed for your review.

      This office is willing to return your other non-contraband property to your daughter or to whoever you designate for such purpose. <u>However, we must have a letter signed and dated by you. The letter that you submitted was not signed</u>. Please note that the FBI will not return the scale and drill bits seized from you since they are contraband.

      Upon receipt of a signed and dated letter requesting the return of your personal belongings to your daughter, or whoever else you designate, we will contact her/him to arrange their prompt return.



GOVERNMENT
EXHIBIT
B

In your letter please provide the name, address and telephone number of the person to whom you want the FBI to return your personal belongings. <u>Your signed and dated letter should be sent to</u>:

Henry R. Felix
Associate General Counsel
Federal Bureau of Investigation
Office of the General Counsel
935 Pennsylvania Avenue, N.W.
Washington, D.C. 20535

Please contact Mr. Felix at the above address if you have questions or need additional assistance.

Sincerely Yours

Joseph Persichini, Jr.
Assistant Director in Charge

By: *[signature]*
Stanley G. Pavlak, Jr.
Associate Chief Division Counsel

Enclosure



U.S. Department of Justice

Federal Bureau of Investigation

In Reply, Please Refer to
File No.

601 4th Street, N.W.

March 13, 2006
CERTIFIED MAIL
RETURN RECEIPT 7000 1670 0002 4265 1243

Federal Bureau of Prisons
Donald Hairston
Inmate Register No. 01783-000
P.O. Box 47401
Des Moines, Iowa 50947-0001

      RE:  Donald Hairston
           Inmate Register No. 01783-000

Dear Sir/Madam:

    Please find enclosed a money order in the amount of $960.00 which is to be posted to the account of inmate Donald Hairston, Inmate Register Number 01783-000.

    The enclosed money order represents funds which were seized from Mr. Hairston after his arrest and which are now being returned to him inasmuch as the criminal case has been resolved.

    Please contact me at (202) 278-2000 if you have any questions or need additional assistance.

                          Sincerely Yours

                          Joseph Persichini, Jr.
                        Assistant Director in Charge

By: _____
    Stanley G. Pavlak, Jr.
    Associate Chief Division Counsel

CC:
Donald Hairston
01783-000/cadre 1
Federal Medical Center
P.O. Box 1600
Butner, NC 27509

