March 16th, 2006

Mr. Henry R. Felix
Assistant General Counsel
Office of the General Cousnel
Federal Bureau of Investigations
935 Pennsylvania Ave, NW
Room PA-400
Washington, DC 20535

Dear Mr Felix:

I am in receipt of your recent letter with the copy of the check sent to the lock-box BOP money deposit place.

Enclosed I am including my daughter's address and info and I am signing the letter as indicated and requested.



Washington, DC

Thank you,

Donald Hairston, Jr
01783-000/cadre 1
Federal Medical center
PO Box 1600
Butner, North Carolian 27509

My casemanager Ms Tammy Jackson can be reached at 919-575-3900



GOVERNMENT EXHIBIT
C

NAME Donald Hairston
NUMBER 01783-000 cadre 1 UNIT
FEDERAL MEDICAL CENTER
P.O. BOX 1600
BUTNER, NC 27509

RESEARCH TRIANGLE REGION
NC 276 2 L
2006 PM

Opened & Inspected
Mail Services #32
MAR 24 2006

Mr Henry R. Felix
Assistant General Counsel
Office of the General
Counsel
Federal Bureau of Inves.
935 Pennsylvania Ave, NW
Room PA-400
Washington, DC 20535

20535+0000

