

U.S. Department of Justice

Federal Bureau of Investigation

In Reply, Please Refer to
File No.

601 4th Street, N.W.

April 21, 2006

Donald Hairston
Federal Bureau of Prisons/cadre 1
Inmate Register No. 01783-000
Medical Center/Butner
Butner, NC 27509

           RE:  Donald Hairston
                 Inmate Register No. 01783-000
                 Return of Property seized by the FBI

Dear Mr. Hairston:

      Please be advised that this office has made several attempts to contact your daughter ▓▓▓▓▓▓▓▓▓ in order to return items of non-contraband personal property that were seized from you by the FBI after your arrest and which are currently being held by the FBI Washington Field Office.

      We were informed by your daughter's mother that ▓▓▓▓▓ is a minor. Therefore, we asked that the mother accompany your daughter ▓▓▓▓▓ to the FBI Washington Field Office and countersign for the property with your daughter. The mother agreed to do this and an appointment was scheduled to return the property on April 14, 2006. On the scheduled date, your daughter and her mother did not appear for the appointment. Telephone messages left by the FBI for your daughter ▓▓▓▓▓ and her mother to make arrangements to pick up the property after they missed the scheduled appointment have not been returned.

      Inasmuch as it appears that your daughter ▓▓▓▓▓ does not want to accept your property, it is requested that you provide the FBI with <u>signed and dated</u> instructions regarding who you want to now designate to pick the property up from the FBI and/or how we should dispose of your non-contraband property. Please note that the FBI will not return the scale and drill bits seized from you since they are contraband.

      We inquired into the possibility of having the property sent directly to you. However, we were informed by a representative from the Bureau of Prisons that they will not allow you to accept this property. Therefore, returning the

GOVERNMENT
EXHIBIT
D

property directly to you is not an option. As a result, you must send a letter designating someone else to pick the property up from the FBI Washington Field Office.

In your letter please provide the name, address and telephone number of the new designee to whom you want the FBI to return your property. <u>Your signed and dated letter should be sent to</u>:

Henry R. Felix
Associate General Counsel
Federal Bureau of Investigation
Office of the General Counsel
935 Pennsylvania Avenue, N.W.
Washington, D.C. 20535

Please contact Mr. Felix at the above address if you have questions or need additional assistance.

Sincerely Yours

Joseph Persichini, Jr.
Acting Assistant Director in Charge

By: *Stanley G. Pavlak, Jr.*
Stanley G. Pavlak, Jr.
Associate Chief Division Counsel

2