4/28/06

I would like to have the property give to ██████ ██ ████████ wash D.C. ██ ██████

Donald Hairston Jr.

GOVERNMENT
EXHIBIT

E

Donald Hairston 01781-000
Name:      Number:
Federal Correctional Institution
P.O. Box 1000
Butner, NC 27509

RESEARCH TRIANGLE
REGION

NC 276 S T
01 MAY 2006 PM

Opened & Inspected
MAY 0 8 2006
Mail Services #30

Henry R. Felix
Associate General Counsel
Federal Bureau of Investigation
935 Pennsylvania Ave, NW
Washington, D.C. 20535