FD-597 (Rev 8-11-94)

Page ___1___ of ___1___

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**
Receipt for Property Received/Returned/Released/Seized

File # 166E-WF-213679

On (date) May 22, 2006

item(s) listed below were:
☐ Received From
☒ Returned To
☐ Released To
☐ Seized

(Name) ██████████
(Street Address) ██████████
(City) Washington, DC

Description of Item(s): One Sprint Cell (SCP 6200) ESN HEX F724EDA2 2B
ESN DEC 24702420130 (F1 DCF), Bell South Handset (Cordless Telephone)
Sprint Phone Statements in name of Leon Johnson
DC Parking Ticket
2 Business Cards
Social Security Card — ██████████
Sprint PCS Payment Card
Western Union Money Transfer Receipt
NC Certificate of Insurance — ██████████
1996 Lexus Insurance Paperwork — ██████████
Service/Repair Bill — Donald Hairston
Title - 1986 BMW
Title - 1996 Lexus
Document in Name of Donald Hairston
Photograph (1)
AAA Document in Name of Donald Hairston
Magnet (1)
2 Business Cards
Auto Zone Receipt w/ Telephone Number

**GOVERNMENT EXHIBIT F**

Received By: ██████████

Received From: [signature] Manta
SA, FBI
(202) 278-2000
(Signature)