

U.S. Department of Justice

Federal Bureau of Investigation

---

In Reply, Please Refer to
File No.

601 4th Street, N.W.

May 23, 2006

Donald Hairston
Federal Bureau of Prisons/cadre 1
Inmate Register No. 01783-000
Medical Center/Butner
Butner, NC 27509

        RE:  Donald Hairston
             Inmate Register No. 01783-000
             Return of Property seized by the FBI

Dear Mr. Hairston:

    Please be advised that on May 22, 2006, this office returned all items of non-contraband personal property that were seized from you after your arrest by the FBI Washington Field Office. The items were returned to ████████ whom you designated in your April 28, 2006 letter as your representative to receive these items. A copy of the receipt for property returned is enclosed with this letter.

    You were previously advised by letter dated March 13, 2006 that the FBI sent a money order in the amount of $960.00 to the Federal Bureau of Prisons, P.O. Box 474701 with instructions to post the money to your inmate account. This money represented funds which were seized from you after your arrest by the FBI.

    All non-contraband personal property and money which was being held by the FBI Washington Field Office has now been returned to you or your designated representative to receive these items.

GOVERNMENT
EXHIBIT
G

If you have any questions, please contact:

Henry R. Felix
Associate General Counsel
Federal Bureau of Investigation
Office of the General Counsel
935 Pennsylvania Avenue, N.W.
Washington, D.C.  20535

                            Sincerely Yours

                            Joseph Persichini, Jr.
                            Acting Assistant Director in Charge

By:
Stanley G. Pavlak, Jr.
Associate Chief Division Counsel

Enclosure