UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Donald Hairston, Jr.,<br><br>　　Plaintiff,<br><br>　　　v.<br><br>Federal Bureau of Investigation,<br><br>　　Defendant. | Civil Action No.  05-1618 (JDB) |

ORDER

For the reasons stated in the accompanying Memorandum, it is

ORDERED that defendant's motion to dismiss [Dkt. No. 16] is GRANTED; and it is

FURTHER ORDERED that this case is DISMISSED.  This is a final appealable Order.

　　　　　　　　　　　　　　　　　　　　　　　　　　　s/
　　　　　　　　　　　　　　　　　　　　　　　　JOHN D. BATES
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated: August 2, 2006